WILLIAM E. HILL v. JUDITH A. YASKIN.

March 16, 1976. Petition for certification denied. (See 136 *N. J. Super.* 264)

RIVERVIEW REALTY COMPANY v. CARLOS PEROSIO.

March 16, 1976. Petition for certification granted. (See 138 *N. J. Super.* 270).

STATE OF NEW JERSEY v. MAX GREENBAUM.

March 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ALLEN TURNER.

March 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. IRA MARSHALL.

March 16, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT SATTERFIELD.

March 16, 1976. Petition for certification denied.